UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE LOUIS DRUMWRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. HUCKLEBERRY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-01410-JLT-SKO (PC)<br><br>**ORDER DIRECTING DEFENDANT G. GOMEZ TO FILE ANSWER TO PLAINTIFF'S COMPLAINT WITHIN THIRTY (30) DAYS** |

Plaintiff is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant G. Gomez for violations of Plaintiff's First and Eighth Amendment rights.[1]

On September 30, 2024, District Judge Jennifer L. Thurston issued her "Order Adopting Findings and Recommendations and Denying Defendant's Motion to Dismiss Without Prejudice." (Doc. 34.) Accordingly, Defendant **SHALL** file an answer to Plaintiff's complaint **within 30 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **October 1, 2024**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant C. Huckleberry was dismissed from this action on August 20, 2023. (Doc. 15.)